118 F.3d 1577
 Angelo Reyes
v.
East Windsor Police Athletic League (EWPAL), East Windsor
Township, East Windsor Township Police Department, East
Windsor Policeman's Benevolent Association, Local 191,
Little League Baseball, Inc., John Fiore, Michael Guaciaro,
Bruce Levinson, Stan McDonald, Craig Patterson, Dennis
Unger, John Doe, Jane Roe, Douglas Longenecker, Barry
Barlow, John P. O'Donnell, Jon A. Baumunk, Ralph Bradley,
Cliff Eberle, James Garner, Michael Lev, Barry Larson, Anna
 NO. 96-5387
 United States Court of Appeals,
Third Circuit.
 June 11, 1997
 Appeal From: D.N.J. ,No.94cv05789
 
 1
 Affirmed.